**Paul D. SHEWFELT, Petitioner–Appellant,**

v.

**State of ALASKA; Margaret M. Pugh, Respondents–Appellees.**

No. 99–35647.

D.C. No. CV–98–00003–JKS

United States Court of Appeals, Ninth Circuit.

Feb. 2, 2001.

Before: BROWNING, B. FLETCHER, and GOULD, Circuit Judges.

### ORDER

The opinion filed on October 2, 2000 is redesignated as a memorandum.